422 A.2d 697

Commonwealth v. Kehl, Appellant.

Submitted December 8, 1978. John A. Mihalik, for appellant; Gailey C. Keller, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgments of sentence affirmed.

422 A.2d 697

Commonwealth v. McCleary, Appellant.

Submitted March 23, 1979. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

The judgment of sentence of the lower court is hereby affirmed.